IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                            )
**SIERRA CLUB,**                            )
                                                            )
               **Plaintiff,**               )
                                                            )   Civil No. 1:11-cv-00636
   vs.                                                 )
                                                            )   JUDGE REGGIE B. WALTON
                                                            )
**LISA P. JACKSON, in her official**   )
**capacity as Administrator, United States**  )
**Environmental Protection Agency,**   )
                                                            )
               **Defendant.**             )
_____  )

### DEFENDANT'S NOTICE OF LODGING
### OF PROPOSED CONSENT DECREE

Defendant Lisa P. Jackson, Administrator of the United States Environmental Protection Agency ("EPA"), with this notice lodges with the Court a proposed Consent Decree, which is attached hereto as Appendix A.

The proposed Consent Decree which Defendant lodges today should not be signed or entered by the Court at this time.  Pursuant to section 113(g) of the Clean Air Act, 42 U.S.C. § 7413(g), the Consent Decree is not final and cannot be entered by the Court until the EPA Administrator provides "a reasonable opportunity by notice in the Federal Register to persons who are not named as parties or interveners to the action" to comment in writing upon the proposed Decree.  "The Administrator or the Attorney General, as appropriate, shall promptly consider any such written comments and may withdraw or withhold his consent to the proposed [Decree] if the comments disclose facts or considerations which indicate that such consent is inappropriate, improper, inadequate, or inconsistent with the requirements" of the

Clean Air Act. *Id.* If none of the comments disclose facts or considerations which indicate that the Decree is inappropriate, improper, inadequate or inconsistent with the requirements of the Clean Air Act, the Administrator will request the Court to enter the Decree. *Id.*

        IGNACIA S. MORENO
        Assistant Attorney General
        Environment & Natural Resources Division

        /s/ John E. Sullivan
        _____
        United States Department of Justice
        Environmental Defense Section
        P.O. Box 23986
        Washington, D.C. 20026-3986
        Phone (202) 305-0365
        Fax (202) 514-8865
        John.sullivan3@usdoj.gov

        DATED:  September 1, 2011

Of Counsel for Defendant:

Byron R. Brown
U.S. Environmental Protection Agency
Office of General Counsel
Air and Radiation Office (2344A)
1200 Pennsylvania Ave., N.W.
Washington, DC 20460
Tel. (202) 564-8312
Fax (202) 564-5603

## CERTIFICATE OF SERVICE

I hereby certify that true and accurate copies of the foregoing were served by electronic filing through PACER upon all counsel of record this 1st day of September 2011.

/s/ John E. Sullivan
_____